THOMPSON, Judge.
AFFIRMED. NO OPINION.
*728 See Rule 53(a)(1) and (a)(2)(D) and (F), Ala. R.App. P.; Act No. 92-442, Ala. Acts 1992, §§ 21 and 33; Robino v. Kilgore, 838 So.2d 366, 370 (Ala.2002); Spradlin v. Spradlin, 601 So.2d 76, 78 (Ala.1992); Stephens v. Stephens, 718 So.2d 54 (Ala.Civ.App.1998); McAliley v. McAliley, 638 So.2d 10 (Ala.Civ.App.1994); Williams v. City of Dothan Pers. Bd., 579 So.2d 1350 (Ala.Civ.App.1991); Thomason v. Redd, 565 So.2d 259, 260 (Ala.Civ.App.1990); Ex parte Cooper Green Hosp., 519 So.2d 1352, 1354 (Ala.Civ.App.1987); Delbridge v. Civil Serv. Bd. of Tuscaloosa, 481 So.2d 911, 913 (Ala.Civ.App.1985); Johnson v. Mobile County Pers. Bd., 459 So.2d 923, 926 (Ala.Civ.App.1984); and Guthrie v. Civil Serv. Bd. of City of Jasper, 342 So.2d 372 (Ala.Civ.App.1977).
YATES, P.J., and PITTMAN and MURDOCK, JJ., concur.
CRAWLEY, J., dissents, with writing.